FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. GOVERNMENT,<br><br>                Defendant. | No. 4:18-cv-05091-EFS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    Before the Court is Magistrate Judge Rodgers' July 5, 2018 Report and Recommendation, ECF No. 4, recommending that the Court close the file of the captioned matter. On May 29, 2018, Plaintiff John William Wallace filed a complaint and corresponding application to proceed in forma pauperis (IFP). ECF Nos. 1 & 2. Magistrate Judge Rodgers denied Plaintiff's application for IFP status and ordered Plaintiff to, within 30 days, proffer the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed IFP application. ECF No. 3. Plaintiff did not respond to that order, nor has he filed an objection to the magistrate judge's recommendation that the Court close this file, ECF No. 4.

    After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are

ORDER ADOPTING REPORT AND RECOMMENDATION -- 1

correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Report and Recommendation to Close File, **ECF No. 4,** is **ADOPTED** in its entirety.
2. This file shall be **CLOSED**.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide a copy to Plaintiff.

**DATED** this 30th day of July 2018.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION -- 2